I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:    DATE:    DEPUTY CLERK:

Petitioner 8/28/2015 by DV

FILED
CLERK, U.S. DISTRICT COURT

8/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DV_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BENEDEK VIRAG,<br><br>        Petitioner,<br><br>        v.<br><br>RALPH M. DIAZ, Warden,<br><br>        Respondent. | No. CV 13-04872-DOC (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: August 26, 2015

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge