JS-6
ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:        DATE:    DEPUTY CLERK:

Petitioner 8/28/2015 by DV

FILED
CLERK, U.S. DISTRICT COURT

8/28/15

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BENEDEK VIRAG, | No. CV 13-04872-DOC (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| RALPH M. DIAZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: August 26, 2015

*David O. Carter*
DAVID O. CARTER
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT

8/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DV___ DEPUTY